```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

**DONNA L. ISAAC,**

    **Plaintiff,**

**v.**                           **CIVIL ACTION NO. 1:07-00722**

**CNX GAS COMPANY, LLC,**

    **Defendant.**

## JUDGMENT ORDER

For the reasons stated in a Memorandum Opinion entered of even date, the court hereby **CONFIRMS** and **ACCEPTS** Magistrate Judge VanDervort's PF&R (Doc. No. 43) to the extent it recommends dismissal of plaintiff's hostile work environment, gender discrimination, race discrimination, and age discrimination claims; **REJECTS** Magistrate Judge VanDervort's PF&R (Doc. No. 43) to the extent it recommends that this court find the plaintiff to have stated a viable retaliation claim; **SUSTAINS** defendant's objection to the PF&R (Doc. No. 46); **OVERRULES** plaintiff's objection to the PF&R (Doc. No. 55); **GRANTS** the defendant's motion to dismiss (Doc. No. 19); and **DIRECTS** the Clerk to remove this action from the court's docket.

The Clerk is directed to mail a copy of this Judgment Order to all counsel of record and the plaintiff, pro se.

It is **SO ORDERED** this 9th day of September, 2008.

                                            ENTER:

                                            */s/ David A. Faber*

                                            David A. Faber
                                            United States District Judge